# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Carl R Sexton,<br><br>            Plaintiff,<br><br>v.<br><br>City of Peoria, et al.,<br><br>            Defendants. | **NO. CV-16-02144-PHX-SPL**<br><br>**JUDGMENT IN A CIVIL CASE** |

**Decision by Court.**  This action came for consideration before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** that, pursuant to the Court's Order filed July 3, 2018, which granted the Defendants' Motion for Summary Judgment, judgment is entered in favor of defendants Roy Minter and City of Peoria and against plaintiff. Plaintiff to take nothing, and the complaint and action are dismissed.

Brian D. Karth
District Court Executive/Clerk of Court

July 3, 2018

By   s/ Rebecca Kobza
     Deputy Clerk